IN THE SUPERIOR COURT OF HOUSTON COUNTY
STATE OF GEORGIA

STACIE MCGUIRE,                                    Civil Action File No.
                                                   2013-V-109886-L
          Plaintiff,

v.

WAL-MART STORES, INC.,

          Defendant.

_____/

## ANSWER OF DEFENDANT

COMES NOW, Defendant WAL-MART STORES, INC., (erroneously named herein, the only correct Wal-Mart Defendant being Wal-Mart Stores East, LP) and makes this Answer to Plaintiff's Amended Complaint as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

## THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to herself; and on account thereof, Plaintiff is not entitled to recover from Defendant.



## FOURTH DEFENSE

Plaintiff has failed to name an indispensable party.

## FIFTH DEFENSE

Plaintiff has improperly named a party or parties.

## SIXTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on the part of either defendant caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

## SEVENTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

## EIGHTH DEFENSE

Plaintiff's claims are barred by insufficiency of service and insufficiency of process.

## NINTH DEFENSE

All or a portion of Plaintiff's claims are barred by the applicable statutes of limitation.

## TENTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel and laches.

## ELEVENTH DEFENSE

Defendant raises the affirmative defenses of improper venue and jurisdiction.

## TWELFTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.

Defendant denies, as stated, the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

Defendant denies, as stated, the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant denies, as stated, the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies, as stated, the allegations and all subparts contained in paragraph 5 of Plaintiff's Complaint.

6.

Defendant denies, as stated, the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendant denies the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.

Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendant denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations and all subparts contained in paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

16.

Defendant denies Plaintiff's prayer for relief, including all subparts thereof.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff.  DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.

_____
Albert J. DeCusati
Georgia State Bar No. 215610
Nicholas E. Deeb
Georgia State Bar No.117025
Ashley Bagiatis
Georgia State Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
adecusati@mclain-merritt.com
ndeeb@mclain-merritt.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WAL-MART STORES, INC. has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

Blake J. Smith
Nelson & Smith, PC
688 Walnut Street, Suite 103
Macon, Georgia 31201

This the 27th day of January, 2014

McLAIN & MERRITT, P.C.


_____
Albert J. DeCusati
Georgia State Bar No. 215610
Nicholas E. Deeb
Georgia State Bar No.117025
Ashley Bagiatis
Georgia State Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
adecusati@mclain-merritt.com
ndeeb@mclain-merritt.com