IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STACIE MCGUIRE,                                         Civil Action File No.
                                                        5:14-cv-39 (MTT)
              Plaintiff,

v.

WAL-MART STORES EAST, LP,

              Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Counsel for all parties above, and hereby stipulate and agree

that the above-referenced matter shall be dismissed with prejudice.

Respectfully submitted this 6th day of October, 2014.

CONSENTED TO:

_____            _____
Blake J. Smith Esq.                 Albert J. DeCusati, Esq.
Georgia Bar No. 654855              Georgia Bar No. 215610
Nelson & Smith, PC                  Ashley A. Bagiatis
688 Walnut Street, Suite 103        Georgia Bar No. 141360
Macon, GA 31201                     McLain & Merritt, P.C.
(478) 746-1468                      3445 Peachtree Road NE, Suite 500
                                    Atlanta, Georgia 30326
                                    (404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **DISMISSAL WITH PREJUDICE** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

> Albert J. DeCusati, Esq.
> McLain & Merritt, P.C.
> 3445 Peachtree Road, N.E.
> Suite 500
> Atlanta, GA 30326

This the ___ day of _____ 2014.

Blake J. Smith, Esq.
Georgia Bar No.654855
Attorney for Plaintiff

Nelson & Smith, PC
688 Walnut Street, Suite 103
Macon, GA 31201